NUMBER 13-04-115-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

RONALD CRENSHAW,                                                      Appellant,

v.

CITY OF CORPUS CHRISTI, ET AL.,                                    Appellees.
___________________________________________________________________

On appeal from the 28th District Court 
of Nueces County, Texas
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez,and Garza
Memorandum Opinion Per Curiam

         Appellant, RONALD CRENSHAW, attempted to perfect an appeal from a
judgment entered by the 28th District Court of Nueces County, Texas, in cause
number 02-3367-A. Judgment in this cause was signed on October 31, 2003. An
untimely motion for new trial was filed on December 10, 2003. Pursuant to Tex. R.
App. P. 26.1, appellant’s notice of appeal was due on December 1, 2003, but was not
filed until January 16, 2004. 
         Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court’s letter, the appeal would be
dismissed. Appellant filed responses to this Court’s notice on March 11, 2004 and
March 22, 2004; however, said responses fail to correct the defect. 
         The Court, having examined and fully considered the documents on file,
appellant’s failure to timely perfect his appeal, and appellant’s responses to this
Court’s notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM


Memorandum Opinion delivered and filed this
the 4th day of November, 2004.